**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6114**

ROBIN L. GOLDSMITH,

        Plaintiff – Appellant,

        v.

FRED QUEEN, Facilities Maintenance Instructor, Prunytown
Correctional Center; DAVID PROCTOR, D.O., Huttonsville
Correctional Center,

        Defendants – Appellees,

        and

JIM IELAPI, Warden, Prunytown Correctional Center; WEXFORD
HEALTH SOURCES; TERESA WAID, Warden, Huttonsville
Correctional Center; JIM RUBENSTEIN, Commissioner, WV
Division of Corrections; RONALD MORINO,

        Defendants.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp,
Jr., Senior District Judge. (5:08-cv-00171-FPS-JES)

Submitted: January 10, 2011      Decided: January 27, 2011

Before KING, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin L. Goldsmith, Appellant Pro Se. Thomas E. Buck, BAILEY & WYANT, PLLC, Wheeling, West Virginia; Philip Cameron Petty, ROSE PADDEN & PETTY, LC, Fairmont, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin L. Goldsmith appeals the district court's order denying reconsideration of its order accepting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Goldsmith v. Queen, No. 5:08-cv-00171-FPS-JES (N.D. W. Va. Jan. 15, 2010; Jan. 4, 2010; Nov. 9, 2009; June 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED